S. Peter Serrano
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOEL EVELINE,<br><br>                              Defendant. | INDICTMENT   2:25-cr-00149-MKD<br><br>Vio.:<br>      21 U.S.C. § 841(a)(1),<br>      (b)(1)(C),<br>      Distribution of<br>      Methamphtamine<br>      (Count 1)<br><br>      21 U.S.C. 841(a)(1),<br>      (b)(1)(C),<br>      Possession with Intent to<br>      Distribute Fentanyl<br>      (Count 2)<br><br>      21 U.S.C. § 841(a)(1),<br>      (b)(1)(A)(viii),<br>      Possession with Intent to<br>      Distribute 50 Grams or More<br>      of Actual (Pure)<br>      Methamphetamine<br>      (Count 3) |

INDICTMENT - 1

18 U.S.C. § 922(g)(1), 924(a)(8)
Felon in Possession of a Firearm
(Count 4)

21 U.S.C. § 853, 18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about September 18, 2025, in the Eastern District of Washington, the Defendant, JOEL EVELINE, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about September 19, 2025, in the Eastern District of Washington, the Defendant, JOEL EVELINE, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about September 19, 2025, in the Eastern District of Washington, the Defendant, JOEL EVELINE, knowingly possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT - 2

## COUNT 4

On or about September 19, 2025, in the Eastern District of Washington, the Defendant, JOEL EVELINE, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield XDS .45 caliber pistol bearing serial number S3221629, which had been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant JOEL EVELINE shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Springfield XDS .45 caliber pistol bearing serial number S3221629 and loaded ammunition

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, the Defendant, JOEL EVELINE, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield XDS .45 caliber pistol bearing serial number S3221629 and loaded ammunition

INDICTMENT - 3

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

    DATED this ___ day of October 2025.

A TRUE BILL



S. Peter Serrano
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4